Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR TADURAN; <br> ADAM GUNDEL; <br> AARYN BRADLEY; <br> JESSICA GRIFFIN; <br> TRISTAN STANLEY; <br> ANTHONY DAVIS; <br> LOGAN BASKETT; <br> MATT BENNETT; and <br> DEANDRE JONES, <br><br> Defendants. | Civil Action No. 17-cv-1164TSZ <br><br> STIPULATED DISMISSAL WITH PREJUDICE OF TRISTAN STANLEY (DOE 8) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed (a) not to directly, contributorily or indirectly infringe Plaintiff's rights in its valid and enforceable copyrighted work *Once Upon a Time in Venice*, Copyright Registration No. PA 2-039-391, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy any and all unauthorized copies or parts thereof of *Once Upon a Time in Venice* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or

STIPULATED DISMISSAL - 1
Civil Action No. 17-cv-1164TSZ
INIP-6-0097P09 SDMISS - Doe 8

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum, including for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/Robert Z. Cashman, Esq.<br>rzcashman@cashmanlawfirm.com<br>CASHMAN LAW FIRM<sup>PLLC</sup><br>10101 Fondren Rd., Ste. 452<br>Houston, TX 77096<br>T: 713.364.3476<br>F: 281.764.8744<br><br>*Attorneys for Defendant* |

STIPULATED DISMISSAL - 2
Civil Action No. 17-cv-1164TSZ
INIP-6-0097P09 SDMISS - Doe 8

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301